IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AMTRUST INSURANCE COMPANY, ) <br> WESCO INSURANCE COMPANY ) <br> ) <br> Plaintiff, ) <br> ) Case No.: 1:25-cv-483 <br> v. ) <br> ) <br> CAGAN MANAGEMENT GROUP, INC., ) <br> KRAUSE FAMILY LIMITED ) <br> PARTNERSHIP, KRAUSE FAMILY ) <br> LIMITED PARTNERSHIP OF ILLINOIS ) <br> and BARBARA JACOBSEN ) <br> <br> Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

AmTrust Insurance Company ("AmTrust") and Wesco Insurance Company ("Wesco"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) hereby voluntarily dismiss this action without prejudice, with each party to bear their own fees and costs.

Dated: February 12, 2025

Respectfully Submitted,

By: */s/ James J. Hickey*
James J. Hickey, Atty. No. 6198334
James.Hickey@kennedyslaw.com
KENNEDYS CMK
30 S. Wacker Drive, Suite 3650
Chicago, IL 60606
Phone: (312) 800-5029
Fax: (312) 207-2110
*Attorneys for AmTrust Insurance Company and Wesco Insurance Company*