**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

AmTrust Insurance Company, et al.
                                         Plaintiff,

v.                                                           Case No.: 1:25−cv−00483
                                                           Honorable LaShonda A. Hunt

Cagan Management Group, Inc., et al.
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 13, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Based upon the filing of the notice of voluntary dismissal [10], this case is voluntarily dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i). Any pending motions or deadlines are stricken. Civil case terminated. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.